# UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1130**

JOYCE SHARON SHORT, Widow of Gary Short,

      Petitioner,

        v.

WESTMORELAND COAL COMPANY; DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR,

      Respondents.

On Petition for Review of an Order of the Benefits Review Board.  (17-0102 BLA)

Submitted:  July 30, 2018                          Decided:  August 6, 2018

Before GREGORY, Chief Judge, WYNN, Circuit Judge, and SHEDD, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Joyce Sharon Short, Petitioner Pro Se.  Sean Gregory Bajkowski, Sarah Marie Hurley, Office of the Solicitor, UNITED STATES DEPARTMENT OF LABOR, Washington, D.C., for Respondent Director, Office of Workers' Compensation Programs.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joyce Sharon Short seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901-944 (2012). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for review for the reasons stated by the Board. *Short v. Westmoreland Coal Co.*, No. 17-0102 BLA (B.R.B. Nov. 27, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*